Alice K. Baccus, plaintiff in error, v. N. O. Gunderson and Rudolph Kjellquist, defendants in error. Gen. No. 8,206.

Heard in this court at the May term, 1930. ▮
Opinion filed September 24, 1930.

Frederick A. Bangs, for plaintiff in error. David D. Madden, Corporation Counsel and George T. Liddell, City Attorney, for defendants in error.

Mr. Justice Boggs delivered the opinion of the court.